# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00193-KD-B |
| ROBERT DERRILL CHANDLER | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 215) and without any objection having been filed by the parties, Defendant's plea of guilty to Counts One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **December 20, 2019 at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile Alabama, 36602.

**DONE and ORDERED** this the 4th day of October 2019.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
CHIEF UNITED STATES DISTRICT JUDGE